

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00093-CV

_____


IN RE:  BRIAN KASEY EMBODY



Original Mandamus Proceeding



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Brian Kasey Embody has filed a petition for writ of mandamus in which he asks this Court to order the District Clerk of Upshur County to file his application for writ of habeas corpus and place it before this Court.

This Court has jurisdiction to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). This Court has mandamus jurisdiction over the district clerk only when the district clerk's actions interfere with this Court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). We do not have jurisdiction over the district clerk in the context of this petition because the intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005); TEX. GOV'T CODE ANN. § 22.221(d). In the absence of jurisdiction, we must deny the petition.

We deny the petition for writ of mandamus.


Bailey C. Moseley
Justice

Date Submitted:     November 25, 2014
Date Decided:       November 26, 2014

2